IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VINCENT HOWELL, | 1:07-cv-01738-AWI-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| R. SUBIA, et al., | (DOCUMENT #21) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 12, 2008, petitioner filed a motion to extend time to file a response to Respondents' motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to Respondents' motion to dismiss.

IT IS SO ORDERED.

**Dated:   June 24, 2008**             /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE