IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VINCENT HOWELL,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>R. SUBIA, et al.,<br><br>　　　　Respondents.<br>_____/ | 1:07-cv-01738 AWI WMW (HC)<br><br>ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS<br><br>(DOCUMENT #24)<br><br>THIRTY DAY DEADLINE |

　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 4, 2008, petitioner filed a motion to extend time to file a response to Respondent's Motion to Dismiss filed on April 16, 2008 (Document #17).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Petitioner is granted thirty days from the date of service of this order in which to file a response to Respondent's Motion to Dismiss.

IT IS SO ORDERED.

**Dated:　August 11, 2008**　　　　　　　　　／s/　William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE