1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN VINCENT HOWELL,              1:07-cv-01738 AWI-WMW (HC)

12          Petitioner,                  ORDER GRANTING RESPONDENT'S
                                         FIRST MOTION FOR EXTENSION OF
13      vs.                              TIME TO FILE REPLY

14   R. SUBIA, et al,                    (DOCUMENT #29)

15          Respondent.                  (30) THIRTY DAY DEADLINE

16   _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On September 26, 2008, Respondent filed a motion to extend time to file reply.

19   Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Respondent is granted thirty days from the date of service of this order in which to file

22   reply.

23

24   IT IS SO ORDERED.

25   **Dated:    September 30, 2008**            /s/  **William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28