IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VINCENT HOWELL,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>R. SUBIA, et al.,<br><br>　　　　Respondents.<br>_____/ | 1:07-cv-01738 AWI WMW (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR A SECOND EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS<br><br>(DOCUMENT #31)<br><br>DEADLINE: 12/19/2008 |

　　　On October 29, 2008, Respondent Subia filed a request for a second extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss the habeas action. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Respondent is granted a second extension of time up to and including December 19, 2009, to file a reply to Petitioner's opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   November 3, 2008**　　　　　　　**/s/  William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE