UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN VINCENT HOWELL, | ) | 1:07-cv-01738 AWI WMW (HC) |
|             Petitioner, | ) | |
| v. | ) | ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO FILE PLEADING IN EXCESS OF THE NORMAL PAGE LIMITS |
| R. SUBIA, et al. | ) | |
|             Respondents. | ) | [Doc. #27] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 16, 2008, Respondent filed a motion to dismiss the instant case. On September 15, 2008, Petitioner filed an opposition to Respondent's motion as well as a motion for leave to file pleading in excess of the normal page limits. Because the Court has already filed Petitioner's opposition, the motion is hereby DENIED.

IT IS SO ORDERED.

**Dated:   February 10, 2009**         /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE