UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VINCENT HOWELL,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>R. SUBIA, et al.<br><br>　　　　　　Respondents. | 1:07-cv-01738 AWI WMW (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO FILE PLEADING IN EXCESS OF THE NORMAL PAGE LIMITS<br><br>[Doc. #27] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 16, 2008, Respondent filed a motion to dismiss the instant case. On September 15, 2008, Petitioner filed an opposition to Respondent's motion as well as a motion for leave to file pleading in excess of the normal page limits. Because the Court has already filed Petitioner's opposition, the motion is hereby DENIED.

IT IS SO ORDERED.

**Dated:    February 10, 2009**　　　　　　　　**/s/  William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE