# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN VINCENT HOWELL, | ) | 1:07-cv-1738 AWI YNP (DLB) (HC) |
| Petitioner, | ) ) | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS |
| v. | ) ) | [Doc. #17] |
| R. SUBIA, Warden, | ) | ORDER DISMISSING PETITION |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 13, 2009, the Magistrate Judge filed Findings and Recommendations that recommended Respondent's motion to dismiss be granted and the petition be dismissed for Petitioner's failure to comply with 28 U.S.C. § 2244(d)'s one year statute of limitations. The Findings and Recommendations gave notice to the parties that any objections were to be filed within thirty days.

The Magistrate Judge gave Petitioner three extensions of time to file objections to the Findings and Recommendations. The final extension gave Petitioner until January 12, 2010 to file objections. January 12, 2010 has passed, and Petitioner has neither filed objections nor a request for more time in which to file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Respondent's Motion to Dismiss is GRANTED;

3  2. The Petition for Writ of Habeas Corpus is DISMISSED; and

4  3. The Clerk of the Court is DIRECTED to close this action.

6  <u>IT IS SO ORDERED.</u>

7  **Dated:     March 11, 2010**                    <u>         /s/ Anthony W. Ishii         </u>
                                                    CHIEF UNITED STATES DISTRICT JUDGE